**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eusebio MARTINEZ, Defendant–**
**Appellant.**

**No. 07–50183**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Miguel A. Torres, El Paso, TX, for Defendant–Appellant.

Before STEWART, OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eusebio Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has filed a response. The record is insufficiently developed to allow consideration at this time of Martinez's claim of ineffective assistance of counsel. *See United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Martinez's response discloses no nonfrivo-

---

lous issue for appeal. Accordingly, the motion for leave to withdraw is GRANT-ED, Martinez's request for substitute counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.